FILED
2008 MAR 19 PM 2:24

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '08 CR 0806 JAH |
| Plaintiff, | INDICTMENT |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute |
| VIRGINIA SOTO-CUEVAS, | |
| Defendant. | |

The grand jury charges:

Count 1

On or about March 8, 2008, within the Southern District of California, defendant VIRGINIA SOTO-CUEVAS did knowingly and intentionally import approximately 33.08 kilograms (approximately 72.78 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

CPH:nlv:Imperial
3/18/08

Count 2

On or about March 8, 2008, within the Southern District of California, defendant VIRGINIA SOTO-CUEVAS did knowingly and intentionally possess, with intent to distribute, approximately 33.08 kilograms (approximately 72.78 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: March 19, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CAROLINE P. HAN
Assistant U.S. Attorney