UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 08cr0806 JAH |
| Plaintiff, | **ORDER RESCHEDULING SENTENCING DATE** |
| v. | |
| VIRGINIA SOTO-CUEVAS, | |
| Defendant. | |

On the Court's own motion **IT IS HEREBY ORDERED** that the sentencing hearing now scheduled for September 8, 2008 at 10:30 a.m. is **VACATED** and **RESET** to <u>**September 12, 2008**</u> at 10:30 a.m. in Courtroom 11.

DATED: August 25, 2008

_____
JOHN A. HOUSTON
United States District Judge